

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00325-CV

**IN THE INTEREST OF S.M.E.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00899
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order terminating Appellant Shawni E.'s parental rights to S.M.E. is AFFIRMED. No costs of appeal are assessed against Appellant Shawni E.

SIGNED October 8, 2014.

_____
Karen Angelini, Justice